## **VERIFICATION**

I, Peter Bartlow, am president of Bartlow Gallery, Ltd., a plaintiff in this action, and declare as follows:

1. I am of sound mind, am over 21 years of age and am otherwise competent to testify.

2. I have personal knowledge of the facts set forth in the foregoing *Verified Complaint for Declaratory and Other Relief* and if called on to testify as to these matters would do so competently.

3. I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he or she verily believes the same to be true.

Executed on April 30, 2013.

*[signature: Peter E. Bartlow]*

SUBSCRIBED AND SWORN TO before
me this 30th day of April, 2013

*[signature: Denise R. Halverson]*
Notary Public

```
OFFICIAL SEAL
DENISE R. HALVERSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 27, 2013
```