THE DONTZIN LAW FIRM LLP
6 EAST 81ST STREET
NEW YORK, N.Y. 10028
TELEPHONE (212) 717-2900
FAX (212) 717-8088
E-MAIL: TDLF@DONTZINFIRM.COM

HON. MICHAEL J. DONTZIN (RET.)
MATTHEW S. DONTZIN
DAVID A. FLEISSIG

RUBEN G. PERLMUTTER
JUDD B. GROSSMAN
BRIAN S. KOUKOUTCHOS
JASON S. LAPKIN

October 12, 2011

**VIA FEDERAL EXPRESS**

Mr. Peter Bartlow
Bartlow Gallery
2506 N. Clark
Chicago, Illinois 60614

*Re: Communications with Gordon VeneKlasen*

Dear Mr. Bartlow:

We write on behalf of Gordon VeneKlasen, who forwarded us your recent e-mails demanding "either fair value" or "an endorsement of authenticity" concerning a painting that your client, Robert Fletcher, claims to have purchased from Peter Doig in 1976. Your e-mails contain numerous threats and accusations directed to Mr. VeneKlasen and Mr. Doig, and we will seek the protection of the authorities if you do not immediately cease all such communications.

To be clear, Mr. VeneKlasen did not sell this painting to Mr. Fletcher, and until your recent e-mails, Mr. VeneKlasen had never seen or heard of the painting. However, as Mr. VeneKlasen informed you by e-mail on October 3, 2011, after having consulted with Mr. Doig, "this work is absolutely not by Peter Doig."

> Not only does Mr. Doig not know the owner of this work, he has never been to the place it is supposedly painted. Additionally, he did not even begin to paint on canvas until late 1979, well after this work was made. The signature seems to be of someone named Noige, or Norge, but is definitely not the signature of Peter Doig.

**EXHIBIT A**

THE DONTZIN LAW FIRM LLP

Mr. Peter Bartlow
October 12, 2011
Page 2

    In response to Mr. VeneKlasen's e-mail, you threatened to extort Mr. VeneKlasen and Mr. Doig unless they provide you with "concrete evidence" concerning the painting's authenticity. In your October 1, 2011 e-mail, for example, you stated that "Mr. Fletcher is only interested in receiving a fair price for the painting, and does not wish to bring up anything which Mr. Doig would wish to remain private." Similarly, on October 7, you accused Mr. Doig of having "used illegal drugs until 1978" and threatened that "[a] drug record makes things difficult" because "[a] person who enters the U.S. after denying a drug conviction faces serious repercussions." You also accused Mr. Doig of having "fabricated elaborate records to gain admission to art school."

    Your unfounded accusations and attempts to extort money or promises from Mr. VeneKlasen unless he authenticates Mr. Fletcher's painting are potentially criminal. Accordingly, we demand that you cease and desist from all communications with Mr. VeneKlasen, Mr. Doig, or anyone else at the Michael Werner Gallery. If you fail to do so, we will take whatever action we deem necessary to preserve their rights, including, without limitation, seeking the protection of the prosecutor's office and filing suit against you.

Very truly yours,

Matthew S. Dontzin

cc:    Mr. Gordon VeneKlasen
        Mr. Peter Doig