**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Robert Fletcher, et al.
                              Plaintiff,

v.                                                          Case No.: 1:13–cv–03270
                                                                   Honorable Gary Feinerman

Peter Doig, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 23, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Bench trial concluded. For the reasons stated on the record, the court renders a verdict in favor of Defendant Peter Doig and against Plaintiffs William Fletcher and Bartlow Gallery Ltd. on all counts of the complaint. Enter judgment order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.