# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Fketcher, et al.,

Plaintiff(s),

v.

Doig, et al.,

Defendant(s).

Case No. 13 C 3270

Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants Peter Doig, Gordon VeneKlasen, Matthew S. Dontzin, and The Dontzin Law Firm LLP, and against Plaintiffs William Fletcher and Bartlow Gallery Ltd.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☒ tried by Judge Gary Feinerman without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 8/23/2016                              Thomas G. Bruton, Clerk of Court

                                             /s/ Jackie Deanes , Deputy Clerk