**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Robert Fletcher, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:13−cv−03270
                                                            Honorable Gary Feinerman

Peter Doig, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 30, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion for reconsideration [399] is granted in part and denied in part. The court has considered the sealing issue anew. Dkt. 394 may remain under seal, but Defendants shall publicly file a version of Dkt. 394 (including attachments) that redacts only attorney−client and work product material. See Stragapede v. City of Evanston, 215 F. Supp 3d 708, 724−27 (N.D. Ill. 2016). Dkt. 393 redacts more than just attorney−client and work product material, so it does not comply with this order.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.